# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-1487

_____

Long Chhang; Sopheap Pen,

*Plaintiffs - Appellants,*

v.

Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit
Loans, Inc., Asset-Backed Pass-Through Certificates, Series 2007-QS5,

*Defendant - Appellee.*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: February 21, 2017
Filed: March 2, 2017
[Unpublished]

_____

Before COLLOTON, ARNOLD, and KELLY, Circuit Judges.

_____

PER CURIAM.

Long Chhang and Sopheap Pen appeal pro se after the district court[1] entered
an adverse judgment following a bench trial in their action to quiet title. Upon careful

---

[1] The Honorable Paul A. Magnuson, United States District Judge for the District
of Minnesota.

review, we conclude the district court's factual determination that Pen was served notice was not clearly erroneous. *See United States v. Missouri*, 535 F.3d 844, 848 (8th Cir. 2008) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____